UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WarnerMedia Network Sales, Inc., et al.,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>DISH Network L.L.C.,<br><br>                              Defendant. | 25-CV-7463 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties shall appear for an in-person conference on **Friday, October 31, at 10:00 AM**, to discuss the issues raised in plaintiffs' letter-motion, Dkt. 67. Costumes optional.

    The Clerk of Court is directed to terminate the motion at Dkt. 67.

    SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge