**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WARNERMEDIA NETWORK SALES, INC., et al.,<br><br>*Plaintiffs*,<br><br>-against-<br><br>DISH NETWORK L.L.C.,<br><br>*Defendant*. | Civil Action No. 1:25-cv-07463<br>[rel. No. 1:25-cv-07169] |

**NOTICE OF DEFENDANT'S MOTION TO STRIKE**
**NEW MATTER SUBMITTED WITH PLAINTIFFS' REPLY OR,**
**IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant DISH Network L.L.C. will move this Court, before the Honorable Arun Subramanian, on a date and time to be determined by the Court, for an order striking, or, in the alternative, for leave to file a sur-reply to: (i) the Rebuttal Expert Declaration of Allan Shampine, Ph.D. (Dkt. 63); (ii) paragraphs 5, 6, and 9 of the Reply Declaration of Raphael Poplock (Dkt. 57); (iii) paragraph 22 of the Reply Declaration of Scott Miller (Dkt. 61); (iv) paragraphs 5 and 6 of the Reply Declaration of Jill Steinhauser (Dkt. 62); and (v) the portions of Plaintiffs' Reply Memorandum of Law in Support of its Motion for a Preliminary Injunction that rely on this information at pages 4 and 9-10 (Dkt. 60).

| | |
|---|---|
| Dated: October 24, 2025<br>New York, NY | STEPTOE LLP<br><br>By:  /s/ Elyse D. Echtman<br>Elyse D. Echtman<br>1114 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 378-7551<br>eechtman@steptoe.com<br><br>Michael J. Allen<br>Michelle Kallen (admitted *pro hac vice*)<br>Emma Marshak (admitted *pro hac vice*)<br>1330 Connecticut Ave NW<br>Washington, DC 20036<br>T: (202) 429-3000<br>mallen@steptoe.com<br>mkallen@steptoe.com<br>emarshak@steptoe.com<br><br>*Attorneys for Defendant DISH Network L.L.C.* |

The motion is GRANTED IN PART.

DISH is permitted to file a sur-reply brief addressing any new issues in WBD's reply submission by Monday, November 3, 2025 at 5:00 PM ET. The Court will consider DISH's remaining arguments concerning the striking of WBD's reply or the Shampine declaration (and any response from WBD) in ruling on WBD's motion for a preliminary injunction.

The Clerk of Court is directed to terminate the motion at Dkt. 69.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 27, 2025