UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WarnerMedia Network Sales, Inc., Discovery Communications, LLC, Scripps Networks, LLC, The Travel Channel, L.L.C., Television Food Network, G.P., and Cooking Channel, LLC,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>DISH Network L.L.C.,<br><br>                    Defendant. | 25-cv-7463 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at the October 31, 2025 conference, the hearing scheduled for Wednesday, November 5, 2025 at 2:00 PM will now begin at 10:30 AM that morning. The Court will allot two hours to each side for cross-examination and rebuttal, and separate time for oral argument. The Court encourages the active participation of less-experienced attorneys—particularly where that attorney played a substantial role in drafting the underlying filing or in preparing the relevant witness.

      DISH's motion to seal the courtroom for the November 5 hearing is DENIED. Dkt. 82. As discussed at the conference, the parties shall identify a list of topics for which sealing measures may be necessary for the November 5 hearing and then send a joint email or letter to the Court by Monday, November 3, 2025.

      The Clerk of Court is directed to terminate the motion at Dkt. 82.

      SO ORDERED.

Dated: October 31, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge