UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| WarnerMedia Network Sales, Inc., et al., |
| Plaintiffs, |
| -against- |
| DISH Network L.L.C., |
| Defendant. |

25-cv-7463 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

DISH's motion for compel is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to RFPs 46–47. It is otherwise DENIED pending resolution of plaintiffs' motion to dismiss. To the extent that the motion is denied, the Court and parties can address a schedule for expedited discovery of those categories of documents.

The Clerk of Court is respectfully directed to terminate the motion at Dkts. 177 and 178.

SO ORDERED.

Dated: April 13, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge