UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNERMEDIA NETWORK SALES, INC.,
DISCOVERY COMMUNICATIONS, LLC,
SCRIPPS NETWORKS, LLC, THE TRAVEL
CHANNEL, L.L.C., TELEVISION FOOD
NETWORK, G.P., and COOKING CHANNEL, LLC,

Civil Action No. 1:25-cv-07463 (AS)
[rel. No. 1:25-cv-07169 (AS)]

        *Plaintiffs,*

       -against-

DISH NETWORK L.L.C.,

        *Defendant.*

---

DISH NETWORK L.L.C.,

       *Defendant/Counterclaim Plaintiff,*

       -against-

WARNERMEDIA NETWORK SALES, INC.,
DISCOVERY COMMUNICATIONS, LLC,
SCRIPPS NETWORKS, LLC, THE TRAVEL
CHANNEL, L.L.C., TELEVISION FOOD
NETWORK, G.P., and COOKING CHANNEL,
LLC,

       *Plaintiffs/Counterclaim*
       *Defendants.*

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

respective counsel, that the above-captioned action is voluntarily dismissed without prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), including all claims, counterclaims, and affirmative

defenses. All parties shall bear their own costs, disbursements, and attorneys' fees.

1

IT IS SO STIPULATED, through Lead Trial Counsel of Record.


Dated: April 14, 2026


**WEIL, GOTSHAL & MANGES LLP**

By:

David L. Yohai
Theodore E. Tsekerides
Sarah Ryu
A.J. Green
Blake J. Steinberg
767 Fifth Avenue
New York, NY 10153
T: (212) 310-8000
david.yohai@weil.com
theodore.tsekerides@weil.com
sarah.ryu@weil.com
a.j.green@weil.com
blake.steinberg@weil.com


*Attorneys for*
*Plaintiffs/Counterclaim Defendants*

**STEPTOE LLP**

By:

Elyse D. Echtman
Evan Glassman
1114 Avenue of the Americas
New York, NY 10036
T: (212) 378-7551
eechtman@steptoe.com
eglassman@steptoe.com


Emma Marshak (admitted *pro hac vice*)
1330 Connecticut Ave NW
Washington, DC 20036
T: (202) 429-3000
emarshak@steptoe.com


*Attorneys for*
*Defendant/Counterclaim-Plaintiff*

2